UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 22-23595-CIV-SCOLA

DREAMA LOVETT,

      Plaintiff(s),

vs.

LIBERTY MUTUAL INSURANCE COMPANY,

      Defendant(s).         /

## STIPULATION FOR DISMISSAL WITH PREJUDICE

The Plaintiff, DREAMA LOVETT, by and through her undersigned legal counsel hereby stipulates and moves that this cause be dismissed, including all claims that were or could have been raised in this action, with prejudice, with each party to bear its own attorney fees and costs.

Dated: January 16, 2023                    Respectfully submitted,

                                            */s/ Alexander Palamara*
                                            ALEXANDER PALAMARA, ESQ.
                                            Florida Bar No.: 0037170
                                            ATTORNEYS DELL & SCHAEFER CHARTERED
                                            Attorneys for Plaintiff
                                            2625 Weston Road
                                            Weston, FL 33331
                                            (954) 620-8300
                                            Email: Alex@diattorney.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was served by Notices of Electronic Filing generated by CM/ECF on January 16, 2023, on all counsel or parties of record on the Service List below.

*/s/ Alexander Palamara*
Alexander Palamara, Esq.
Florida Bar No. 0037170
**ATTORNEYS DELL & SCHAEFER, CHARTERED**

## SERVICE LIST

Lee W. Marcus, Esq.
Marcus & Myers PA
6150 Metrowest Boulevard
Suite 208
Orlando, FL 32835
Tel: (407) 447-2550
Fax: (407) 447-2551
Email: lmarcus@marcusmyerslaw.com
Counsel for Defendant Liberty Mutual Insurance Company